**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** ) | | **CASE NO. 1:04CR00535-001** |
| ) | | |
| **Plaintiff,** ) | | **JUDGE: JAMES S. GWIN** |
| ) | | |
| vs. ) | | **ORDER** |
| ) | | |
| **MARTE A. BADLEY,** ) | | |
| ) | | |
| **Defendant.** ) | | |

This matter was heard on March 2, 2016 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Jeffrey B. Lazarus.

The violation report was referred to Magistrate Judge George J. Limbert who issued a Report and Recommendation on February 11, 2016 [Doc. 74]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following term of supervision had been violated:

    1) new law violation incurred April 17, 2015.

The Court found the violations to be Grade A and that defendant was a Criminal History Category VI.

The Court, after considering the Section 3553(a) factors, committed the defendant to the custody of the Bureau of Prisons for a period of 22 months which shall run consecutive to the defendant's state sentence. Defendant granted credit for time served in federal custody on the

instant violation.  Upon release from incarceration defendant placed on supervised release for two years.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

**IT IS SO ORDERED.**


Dated: March 2, 2016 					*s/     James S. Gwin*
						JAMES S. GWIN
						UNITED STATES DISTRICT JUDGE